### Michael RANKINS, Plaintiff–Appellant,

v.

### Gregory BONNER, Chief of Police, Defendant–Appellee.

### No. 02–6728.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Michael Rankins, Appellant Pro Se. Louis Phillip Hornthal, III, Hornthal, Riley, Ellis & Maland, Elizabeth City, North Carolina, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Rankins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Rankins v. Bonner,* No. CA–00–927–5–H (E.D.N.C. Apr. 25, 2002). We also deny Rankins' "Motion of Transmission of the Record." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*